UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN RECANT,

                Plaintiff,

-against-

DESALES ASSISTED LIVING CORP, et al.,

                Defendants.

24-CV-8330 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 4, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") because Plaintiff has sufficient assets to pay the fees, including $6,000 in her savings account. The Court noted that in a prior action Plaintiff had filed in this court earlier this year, *see Recant v. Day*, No. 24-CV-4117 (JHR) (RFT) (S.D.N.Y.) ("*Recant I*"), Plaintiff submitted an IFP application, stating that she had $27,000 in a savings account. The Court denied Plaintiff's IFP application in *Recant I*, and Plaintiff paid the $405.00 in fees on June 4, 2024.

The Court is now in receipt of Plaintiff's November 8, 2024 letter where she states that her circumstances have changed since June 4, 2024. (ECF 7.) She indicates that she has $5,000 in her savings account, but she does not state facts suggesting that she cannot afford the fees. Rather, she alleges facts in support of her underlying claims.

## CONCLUSION

Accordingly, inasmuch as Plaintiff seeks reconsideration of the Court's November 4, 2024 order, denying her IFP application, the Court denies such a request. The Court extends the time for Plaintiff to pay the fees to 30 days from the date of this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated:   November 21, 2024
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge