UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN RECANT,

                Plaintiff,

-against-

DESALES ASSISTED LIVING CORP., et al.,

                Defendants.

24-CV-8330 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 25, 2025, the Court dismissed this action and provided Plaintiff 30 days' leave to file an amended complaint. On June 30, 2025, Plaintiff submitted a letter requesting a two-week extension to file her amended complaint. The Court grants Plaintiff's request. Plaintiff's amended complaint is due on July 18, 2025.

SO ORDERED.

Dated:  July 2, 2025
          New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge