UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN RECANT,<br><br>                          Plaintiff,<br><br>        -against-<br><br>DESALES ASSISTED LIVING CORP., ET AL,<br><br>                          Defendants. | 24-cv-8330 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 25, 2025 and July 2, 2025, orders, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 12, 2025
         New York, New York

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge